**COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER ON MOTION FOR REHEARING

Appellate case name:     Kevin Ramon Murphy v. State

Appellate case number:   01-17-00588-CR

Trial court case number: 1511333

Trial court:             262nd District Court of Harris County

Date motion filed:       February 22, 2019

Party filing motion:     appellant

It is ordered that the motion for rehearing is ☒ **DENIED** ☐ **GRANTED.**

Judge's signature: /s/ Evelyn V. Keyes

☐ Acting individually    ☒ Acting for the Court

The original panel consisted of: Justices Keyes and Lloyd.  The term of former Justice Jane Bland, who participated in the original decision of this case, ended December 31, 2018. *See* TEX. R. APP. P. 49.3.

Date: May 21, 2019